UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 17 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| LARRY G. HONERKAMP, ) | **4:14CR00403 RLW/NAB** |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

    1.    Federal law defined the term

    (a)    "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

    (b)    "sexually explicit conduct" to mean actual or simulated--

        (i)    sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

        (ii)    bestiality,

        (iii)    masturbation,

        (iv)    sadistic or masochistic abuse, or

        (v)    lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A));

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§ 2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

> (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or
>
> (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about June 1, 2012, and on or about March 7, 2013, within the Eastern District of Missouri and elsewhere,

**LARRY G. HONERKAMP,**

the defendant herein, did knowingly possess material that contained images and videos of child pornography that was produced using materials that traveled in interstate commerce, to wit, a PNY 8GB thumb drive (Item 5a), SanDisk 8GB thumb drive (Item 6b) and a Toshiba hard drive (Item 10) that were produced outside Missouri and therefore have traveled in interstate and

foreign commerce, and said thumb drives and hard drive contained child pornography, including but not limited to the following:

1. "15yo getting fucked first.avi" – a graphic video file that depicted, in part, a minor male masturbating as another male engages in anal intercourse with him; and

2. "(Pthc Lolifuck) Super Big Cock Fucking Little Girl.avi" – a graphic video file that depicted, in part, a male inserting his penis into a minor females mouth and a male engaged in sexual intercourse with a minor female; and

3. "(Pthc)7yo niece (private 2010)- Fuck Me.mpg" – a graphic video file that depicted, in part, a male engaging in sexual intercourse with a minor female who has the words, "Fuck Me" written on her stomach and an arrow pointing towards her genitals;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney