**Courtroom Minute Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**WAIVER OF INDICTMENT/PLEA PROCEEDINGS**

Date March 14, 2016                    Case No. 4:14cr00403 RLW

UNITED STATES OF AMERICA vs. Larry Honerkamp

Judge Ronnie L. White                    Court Reporter D. Kriegshauser

Deputy Clerk K. Battle                    Interpreter

Assistant United States Attorney(s) Robert Livergood

Attorney(s) for Defendant Adam Fein

Arraignment/Waiver of Indictment/Plea:

Defendant's age 49                    Education Some college

☐ Defendant waives assistance of counsel ☐ Waiver filed

☐ Arraignment continued until _____ at _____ a.m./p.m.

☐ Defendant signs waiver of indictment and consents to proceed by information

☐ Criminal ☐ superseding ☐ information ☐ indictment filed

☐ Defendant waives reading of indictment/information ☐ Defendant arraigned

☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY to counts _____ of the ☐
superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**

☑ The Court finds the defendant competent to enter a plea of guilty.

☑ By leave of Court, the defendant withdraws former plea of not guilty and enters
   a  plea of guilty to count(s) one    of the ☐ superseding ☐ information ☑ indictment

☐ Stipulation of facts relative to sentencing filed ☐ with ☐ without plea agreement

☑ The Court adopts and approves ☐ Stipulation of  Facts ☑ Guilty Plea Agreement

☐ The Court defers the adoption of ☐ Stipulation of  Facts ☐ Guilty Plea Agreement
   until the date of sentencing

☑ Guilty Plea Agreement filed

☐ Ordered that count(s) _____ be held in abeyance until sentencing

☐ Ordered that pending motions as to defendant _____ are denied as moot

☑ Sentencing set June 15, 2016    at 10:00am

☑ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE May 25, 2016

☐ Defendant is remanded to custody    ☑ Defendant is released on existing bond

(If defendant was on bond and is remanded, change location code to "LC.")

Probation Officer present

Proceedings commenced 1:33    P.M concluded at 2:00    P.M