# EXHIBIT LIST

Style: <u>USA v. Larry G. Honerkamp              </u>
Case No.: <u> 4:14cr00403 RLW                       </u>

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | A |  | 6/15 |  |  | Written Statements | 6/15/16 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

☐EXHIBITS RETURNED TO COUNSEL     ☑EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page** <u>  1   </u> of <u>     1     </u>

