## United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

Gregory J. Linhares  
 Clerk of Court

Phone: 314-244-7900

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/L/LA 44132 Mercure Circle, PO BOX 1227, Sterling, VA  20166-1227.

| **Defendant Name** | **Passport Number** | **Case Number** | **JCC Date** |
| --- | --- | --- | --- |
| Jeffrey Bremer | 432376650 | 4:16-CR-0147-AGF-001 | 07/08/2016 |
| Larry G. Honerkamp | 406486825 | 4:14-CR-0403-RLW-001 | 07/05/2016 |
| Charles S. James | 308310303 | 4:15-CR-0250-SNLJ-001 | 07/22/2016 Amended |
| Gary Lee Jones | 525150201 | 4:15-CR-0523-JAR-001 | 07/06/2016 |
| Bliss Barber Worrell | 504227868 | 4:15-CR-0486-HEA-001 | 07/28/2016 |

Dated this 11th day of August, 2016.

_____  
Rodney W. Sippel  
Chief United States District Judge